Case 4:26-cv-00939   Document 9   Filed 03/13/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANA KAREN DEAQUINO ZARAGOZA,** § § § § § § § § § § § | |
| Petitioner, | |
| VS. | **CIVIL ACTION NO. 4:26-CV-00939** |
| **TODD LYONS,** *et al.*, | |
| Respondents. | |

## ORDER FOR BRIEFING

Before the Court is Petitioner Ana Karen Deaquino Zaragoza's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss and, in the Alternative, Motion for Summary Judgment (ECF No. 8).

The Petition was filed prior to the Fifth Circuit's precedential decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 508 (5th Cir. 2026), which held that noncitizens who entered the country without inspection or admission are properly subject to mandatory detention under 8 U.S.C. § 1225. *Buenrostro-Mendez* is binding on this Court.

The Court therefore **ORDERS** Petitioner to submit additional briefing addressing the impact of *Buenrostro-Mendez* within **FIVE DAYS**, that is, on or before March 20, 2026. The Government must respond by March 24, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 13, 2026.

                                                                      _____
                                                                      Keith P. Ellison
                                                                      United States District Judge